## ON PETITION FOR WRIT OF MANDAMUS

### ORDER

BP Lubricants USA Inc. submits a petition for a writ of mandamus directing the United States District Court for the Northern District of Illinois to (1) vacate its August 25, 2010 order denying BP's motion to dismiss and (2) dismiss the complaint.

Upon consideration thereof,

IT IS ORDERED THAT:

Thomas A. Simonian is directed to respond to BP's mandamus petition within 14 days of the date of filing of this order.

James M. Kelley, Lincoln, NE, for Petitioner.

## ON MOTION

### ORDER

Counsel for the petitioner submits two motions for leave to withdraw. Separately, Sylvester Grandberry moves for leave to participate in oral argument pro se.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions for leave to withdraw are granted.

(2) Grandberry's motion for oral argument is deferred for consideration by the merits panel assigned to decide this case.

(3) A copy of Grandberry's motion and this order shall be transmitted to the merits panel assigned to decide this case.

**Sylvester GRANDBERRY, Petitioner,**

v.

**DEPARTMENT OF HOMELAND SECURITY, Respondent.**

No. 2010–3091.

United States Court of Appeals, Federal Circuit.

Sept. 15, 2010.

**In re SACRAMENTO MUNICIPAL UTILITY DISTRICT,**
Petitioner.

Misc. No. 931.

United States Court of Appeals, Federal Circuit.

Sept. 16, 2010.